IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| CRISTINA FERNANDEZ TRUJILLO, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CV131 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL CHERTOFF, as Secretary, Department Homeland Security, EMILIO GONZALEZ, as Director of the U.S. Citizenship & Immigration Services, and F. GERARD HEINAUER, Director, Nebraska Service Center, United States Citizenship and Immigration Services, | ) ) ) ) ) ) ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| Defendants. | ) | |

The matter before the court is the plaintiff's Notice of Case Dismissal. Filing No. 6. The court finds that this matter should be dismissed without prejudice.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED that, pursuant to FED. R. CIV. P. 41(a), the plaintiff's cause of action against the defendants is hereby dismissed in its entirety, without prejudice, and with the parties to be responsible for their own costs and attorney fees.

DATED this 22nd day of April, 2008.

BY THE COURT:

s/ Joseph F. Bataillon
Chief United States District Judge